UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

ROGERIO ESTEVES                                    CASE NO: 16-26793-EPK
aka ROGER ESTEVES                                  CHAPTER: 13


   **Debtor.**
_____/


## OBJECTION TO CHAPTER 13 PLAN

**Wells Fargo Bank, N.A.,** ("Creditor"), by and through the undersigned counsel, hereby files this Chapter 13 Plan ("Plan") [DE # 9] and in support, respectfully states the following:

1) Creditor holds a lien on the following property: 208 East 23rd Street West Palm Beach, Florida 33404 (the "**Subject Property**") (Loan No. 3427)

2) Creditor intends to file a timely Proof of Claim. Creditor anticipates filing a secured claim in the amount of approximately $46,270.01, with a secured arrearage in the amount of approximately $22,001.38 and an ongoing post-petition payment in the amount of $500.31.

3) As Creditor's Claim is secured by the Debtor's principal residence, Creditor objects to any modification of the terms of its mortgage loan pursuant to 11 U.S.C. § 1322(b)(2).

4) The Plan proposes Mortgage Modification Mediation ("MMM") with respect to Creditor's claim. Pursuant to 11 U.S.C. § 1322(b)(2), the terms of the original note and mortgage shall remain in full force and effect unless and until the Creditor and Debtor mutually agree to a loan modification.

5) The Plan proposes adequate protection in the amount of **$706.00** per month.

6) While the proposed adequate protection figure complies with the 31% of gross monthly income requirement or contractual payment; Chapter 13 plans are subject to unlimited amendments, and the Creditor objects to any subsequent plan (prior to confirmation) that proposes a figure below the 31% monthly income requirement.

ALAW FILE NO. 17-000734

7) Furthermore, the Debtor has not filed an MMM Motion. As a result, the Creditor is not officially referred to the MMM Program. The Debtor must file the appropriate pleadings before the court, to coincide to the proposed plan treatment.

8) Finally, as stated the MMM Process has not materialized as yet. As such, Creditor also files this Objection to preserve its rights in regards to a plan that does not conform to a timely filed Proof of Claim by the Creditor.

9) Creditor reserves the right to amend this Objection.

WHEREFORE, **Wells Fargo Bank, N.A.,** respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

/s/Scott Lewis, Esq.
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW FILE NO. 17-000734

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th day of January, 2017, I served a copy of the foregoing on the parties listed below.

**SERVICE LIST**

Rogerio Esteves
208 E. 23rd St.
West Palm Beach, FL 33404

K Drake Ozment
2001 Palm Beach Lks Blvd #410
West Palm Beach, FL 33409

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/Scott Lewis, Esq.
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW FILE NO. 17-000734