UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:  
**Debtor:** Rogerio Esteves

Case #16-26793-EPK
Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 07-26-2017 and the following parties were present:

1. [ x ] The Debtor: Rogerio Esteves
2. [ x ] The Debtor's Attorney: Paul Visnovske
3. [ x ] The Lender's Representative: Wells Fargo Home Mortgage
4. [ x ] The Lender's Attorney: Jeffrey Fraser

**B.** The final MMM conference was scheduled for 07-26-2017 but not conducted for the following reason:

1. [  ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [  ] Other

**C.** The result of the MMM conference is as follows:

1. [  ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement

Dated: 07.26.17

Copies To:
[All Parties to Mediation]

Signature of Mediator: _____ //s// Harry Ross
Printed Name: Harry Ross
Address: 6100 Glades Road #211 Boca Raton, FL 33434
Phone: (561) 482-2400
Email: mediations@hjrlaw.com