**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ **3rd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Rogerio Esteves**       JOINT DEBTOR: _____       CASE NO.: **16-26793-EPK**

Last Four Digits of SS# **xxx-xx-6453**       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A. | $ | **1,038.30** | for months | **1** | to | **5** | ; | |
| B. | $ | **1,097.70** | for months | **6** | to | **9** | ; | |
| C. | $ | **1,105.78** | for months | **10** | to | **60** | ; in order to pay the following creditors: | |

| Administrative: | Attorney's Fee - | $ | **6,000.00** | TOTAL PAID $ | **1,355.00** | | | |
|---|---|---|---|---|---|---|---|---|
| | Balance Due | $ | **4,645.00** inc. $2,500 for MMM | payable $ 185.80 | /month | (Months 1 to 25 ) | | |

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**1. Wells Fargo Bank, NA**       Arrearage on Petition Date   $ **21,971.23**

Address: **Default Document Processing N9286-01Y 1000 Blue Gentian Rd, Eagen, MN 55121-7700**

| | | |
|---|---|---|
| Arrears Payment $ | **257.80** | (Months **1** to **25** ) |
| | **443.60** /month | (Months **26** to **60** ) |
| Regular Payment $ | **500.31** | (Months **1** to **9** ) |
| | **507.65** /month | (Months **10** to **60** ) |

Account No: **Cl #2Acct #3427**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

| | | | | | | |
|---|---|---|---|---|---|---|
| **-NONE-** | Total Due | $ | | | | |
| | Payable | $ _____ /month | (Months _ to _ ) | Regular Payment $ | _____ | |

Unsecured Creditors: Pay $ **54.00** /month (Months **6** to **60** ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor surrenders any interest in 2004 Sea Fox to Bank of the West (Cl #1 - Acct #8854).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Drake Ozment, Atty for Debtor**
**Rogerio Esteves**
Debtor

Date: **Sept 20, 2017**